UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS J HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | Case No.  14-cv-03565-VC<br><br>**ORDER TO SHOW CAUSE** |

Neither the plaintiff nor his counsel appeared at today's case management conference. Accordingly, the plaintiff is ordered to show cause, on November 20, 2014 at 10:00 a.m., for why his case should not be dismissed for failure to prosecute.  If the plaintiff or his counsel fail to appear at this hearing, the case will be dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: November 13, 2014

_____
VINCE CHHABRIA
United States District Judge