UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS J HARRIS,

    Plaintiff,

    v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

Case No. 14-cv-03565-VC

**ORDER OF DISMISSAL**

On November 13, 2014, the Court held a case management conference in the above-captioned matter. Counsel for the defendant appeared, but counsel for the plaintiff did not. Therefore, the Court issued an order to show cause for why the case should not be dismissed for failure to prosecute, an set a hearing on the order to show cause for November 20, 2014. Counsel for the plaintiff again did not appear. Accordingly, the case is dismissed under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.

**IT IS SO ORDERED**.

Dated: November 21, 2014

VINCE CHHABRIA
United States District Judge