UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS J HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | Case No.  14-cv-03565-VC<br><br>**ORDER RE MOTION TO VACATE** |

The hearing on the motion for relief from dismissal is continued to February 19, 2015 at 10:00 a.m. Counsel for the defendant is required to appear and explain why he should not be sanctioned for allowing the case to be dismissed without notifying the Court or opposing counsel that plaintiff was actively represented by counsel. Counsel for the plaintiff is required to explain why he should not be sanctioned for failing to sign up for electronic case notification.

**IT IS SO ORDERED**.

Dated: February 10, 2015

VINCE CHHABRIA
United States District Judge