UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS J HARRIS,

    Plaintiff,

    v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

Case No. 14-cv-03565-VC

**ORDER GRATING MOTION TO VACATE**

Re: Dkt. No. 18

The plaintiffs' motion to vacate the order dismissing the case is granted.

**IT IS SO ORDERED**.

Dated: February 20, 2015

_____

VINCE CHHABRIA
United States District Judge