UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS J HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | Case No.  14-cv-03565-VC<br><br>**ORDER**<br>Re: Dkt. No. 23 |

The parties' request to continue the case management conference to May 12, 2015 is granted.  However, the case schedule proposed by the parties is unreasonable.  Therefore, seven days before the newly-scheduled case management conference, the parties must submit a revised joint case management statement which contains a new proposed schedule that involves the trial taking place before the end of 2015.

**IT IS SO ORDERED.**

Dated: April 16, 2015

_____
VINCE CHHABRIA
United States District Judge